# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION LLC, an Arizona Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NEW HEALTH VENTURES, LLC, a Pennsylvania Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.  3:16-cv-02338-BTM-MDD<br><br>**ORDER TO DISMISS** |

　　In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nutrition Distribution, LLC, and Defendant New Health Ventures, LLC, have requested that the Court dismiss all claims in the above-captioned action with prejudice.

　　IT IS HEREBY ORDERED that the Court GRANTS the parties' joint stipulation, and all claims in the case are hereby dismissed with prejudice.

Dated: 08/22/2018_____　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　District Judge